UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| | ) | |
| Cherish Hall, | ) | Bankruptcy Case No. 08 B 16898 |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

ORDER REGARDING REAFFIRMATION AGREEMENT

On July 28, 2008, a reaffirmation agreement between the debtor(s) and Credit First, N.A., docket entry no. 21, was filed with the Court. IT IS HEREBY ORDERED that:

1. The Court hereby finds that the presumption of undue hardship **is rebutted**.

Dated: August 1, 2008

ENTERED:

_J.Cox_ *Jacqueline P. Cox*

Jacqueline P. Cox
Bankruptcy Judge