UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Cherish Hall, | ) | |
| | ) | Bankruptcy Case No. 08 B 16898 |
| Debtor(s). | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | |
| | ) | |

### ORDER REGARDING REAFFIRMATION AGREEMENT

On August 11, 2008, a reaffirmation agreement between the debtor(s) and Resurgent Capital Services LP, docket entry no.27 was filed with the Court. IT IS HEREBY ORDERED that:

1. The Court hereby finds that the presumption of undue hardship **is rebutted**.

Dated: October 1, 2008

ENTERED:

_Jacqueline P. Cox_
Judge Jacqueline P. Cox
United States
Bankruptcy Judge